# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2791

_____

Erwin W. Jefferson, III

*Plaintiff - Appellant*

v.

Nebraska Unicameral Legislature, in its official capacity as an agent of the State of Nebraska; Douglas County Court Probate Division, in its official capacity as an agent of the State of Nebraska; Thomas McQuade, in his official capacity as Judge and agent of the State of Nebraska; Business & Labor Committee, in its official capacity as an agent of the State of Nebraska; Steve Lathrop, in his official capacity as Chairman of the Business & Labor Committee and agent of the State of Nebraska

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: February 5, 2016
Filed: February 11, 2016
[Unpublished]

_____

Before BENTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Erwin Jefferson appeals from the judgment of the District Court[1] granting defendants' motion to dismiss the civil rights action he brought under 42 U.S.C. §§ 1981, 1983, and 1985, in which he challenged Nebraska probate proceedings. We have carefully reviewed the record and the parties' submissions on appeal, and we find no basis for reversal. See Anderson-Tully Co. v. McDaniel, 571 F.3d 760, 762 (8th Cir.) (standard of review), cert. denied, 558 U.S. 1050 (2009). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

—————————————————————

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

-2-